■ Randal Baker, Appellant, v City of Rochester et al., Respondents.—Order unanimously affirmed without costs for reasons stated at Supreme Court, Cornelius, J. (Appeal from order of Supreme Court, Monroe County, Cornelius, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.